UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. *00-3233-O'Sullivan*

UNITED STATES OF AMERICA

v.

IVAN DE LA VEGA, and
JORGE GARCIA

```
FILED by _____ D.C.
MAG. SEC.

AUG 1 1 2000

CLARENCE  MADDOX
CLERK  U.S.  DIST.  CT.
S.D.  OF  FLA.    MIAMI
```

## GOVERNMENT'S MOTION TO SEAL COMPLAINT

The United States hereby moves to seal the complaint in the above-captioned matter and, in support, states as follows:

1.    The complaint in this case charges the defendants, Ivan de la Vega and Jorge Garcia, with conspiracy to import cocaine into the United States, in violation of 21 U.S.C. § 952(a) and 963. As set forth in the affidavit attached to the complaint, the defendants are responsible for multi-ton shipments of cocaine into the United States.

2.    The defendants are both citizens of Colombia, who currently reside in Colombia. The defendants are not aware of this investigation or the complaint presented to this Court.  Once the complaint is signed, the United States intends to seek extradition of these defendants from their home country of Colombia.

3.    Should the defendants become aware of this complaint prior to their arrest, law enforcement faces a serious risk that the defendants will flee.  Accordingly, the United States requests that the complaint and other documents associated with this case be sealed until further

order of the Court.

WHEREFORE, the United States respectfully requests the that Court grant its motion and

enter the attached proposed order sealing the complaint in this case until further order of the

Court.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Ryon McCabe
Assistant United States Attorney
Florida Bar No. 0009075
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9155
Fax: (305) 530-7976

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. _ _OO3233 - O'Sullivan_

**UNITED STATES OF AMERICA**

**v.**

**IVAN DE LA VEGA, and**
**JORGE GARCIA**

_____/

**CRIMINAL COVER SHEET**

1.    Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  _____ Yes  __x__ No

2.    Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes  __x__ No

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY:  _____

Ryon McCabe
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 0009075
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9155
FAX (305) 530-7976

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-3233-O'Sullivan

UNITED STATES OF AMERICA
                    Plaintiff,

vs.                                          DOCKET ENTRY #_____
                                             (to be completed by Clerk of Court)
IVAN LA VEGA and
JORGE GARCIA
                    Defendant

_____

SEALED FILING COVER SHEET

Party Filing Matter Under Seal:
        Name: UNITED STATES ATTORNEY'S OFFICE
        Address: United States Attorney's Office, 99 N.E. 4th Street, Miami, FL. 33132
        Telephone:    (305) 961-9007
        Facsimile:    (305) 536-7213
        E-mail:       _____

Counsel for Party Filing Matter Under Seal:
        Name: AUSA RYON McCABE
        Address: United States Attorney's Office, 99 N.E. 4th Street, Miami, FL. 33132
        Telephone:(305) 961-9155
        Facsimile:(305) 536-7213
        E-mail: ryon.mccabe@usdoj.gov

Date of Filing: August 11, 2000

Party has filed a separate Motion to Seal, requesting that the matter remain sealed:
        __  Until Conclusion of Trial          __  Until Conclusion of Direct Appeal
        __  Until Case Closing                 __  Until the arrest of the first defendant
        X   Until further order of the Court    __  Permanently
        __  Other _____

If permanent sealing is required, specify the authorizing law, court order or court rule:

_____

The moving party requests that when the sealing period expires, the filed matter should be (select
one):
        X   unsealed and placed in the public portion of the court file
        __  destroyed
        __  returned to the party or counsel for the party, as identified above

_____

COURT RULING
(to be completed by Clerk based on Court's order)

Ruling on Motion to Seal:     __  Granted    __  Denied    __  Other
Date: _____

Matter May Be Unsealed After:
        __  Conclusion of Trial                 __  Conclusion of Direct Appeal
        __  Until the arrest of the first defendant    __  Until further order of the Court
        __  Case Closing                        __  Other _____