UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 3233 - O'Sullivan

UNITED STATES OF AMERICA

v.

IVAN DE LA VEGA, and
JORGE GARCIA



FILED by _____ D.C.
MAG. SEC
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

### ORDER TO SEAL

This cause comes before the Court upon the government's motion to seal. The motion is hereby **GRANTED**. The Clerk of Court shall seal the complaint in the above-captioned matter, together with the government's Motion to Seal and this Order.

DONE and ORDERED this 11 day of August, 2000.

_____
U.S. Magistrate Judge
**JOHN J. O'SULLIVAN**