# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

IVAN DE LA VEGA

**WARRANT FOR ARREST**

CASE NUMBER: 00-3233-O'Sullivan

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   IVAN DE LA VEGA   ~~SEALED INDICTMENT~~

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with
  Conspiracy to Import Cocaine into the United States From a Place Outside Thereof

in violation of Title __21__ United States Code, Sections __952(a) and 963__

JOHN J. O'SULLIVAN
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ To be determined

United States Magistrate Judge   MAGISTRATE JUDGE O'SULLIVAN
Title of Issuing Officer

Miami, Florida, 08/11/00
Date and Location

by JOHN J. O'SULLIVAN
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Ft. Lauderdale by US Customs | | |
| DATE RECEIVED 8/17/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/19/2000 | JAMES A. TASSONE US MARSHAL S/Fl | BY: JOHN AMAT, Acting SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

**DEFENDANT:**              IVAN DE LA VEGA

**BOND RECOMMENDATION:**    Pretrial Detention

RYON McCABE
Assistant United States Attorney