UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                                  Case No: 00-3233-O'Sullivan

IVAN DE LA VEGA                /

**ORDER**



THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED COMPLAINT.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Complaint be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 21st day of August, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE