UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

V.S.

Ivan De La Vega
Defendant

Case Number: CR 00-3233-O'Sullivan

REPORT COMMENCING CRIMINAL ACTION

66213-004

FILED by D.C.
AUG 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    (Miami)    Ft. Lauderdale    W. Palm Beach
U.S. District Court              (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 8-18-00  2:00 am

(2) Language Spoken: Spanish / Minimal English

(3) Offense(s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
    21USC963 - Conspiracy
    21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen    ( ) Yes    (X) No    ( ) Unknown

(5) Date of Birth: 9-10-51

(6) Type of Charging Document:  (Check One)
    ( ) Indictment    (X) Complaint    To be filed/Already filed

    CASE# 00-3233 - O'Sullivan
    ( ) Bench Warrant for Failure to Appear
    ( ) Probation Violation Warrant
    ( ) Parole Violation Warrant

    Originating District: Southern District of Florida
    COPY OF WARRANT LEFT WITH BOOKING OFFICER (X) YES    ( ) NO

Amount of Bond: $ N/A    Who set Bond: N/A
(7) Remarks: Pretrial Detention

(8) Date: 8-18-00    (9) Arresting Officer: Vincent Garcia / Jay Sills
(10) Agency: U.S. CUSTOMS SERVICE  (11) PHONE: (409) 766-3791
(12) Comments: