# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: IVAN DE LA VEGA (J) # 66213-004    CASE NO: 00-3233-O'SULLIVAN

AUSA: DUTY Eric Snyder / Steve Siegel    ATTY:

AGENT: CUSTOMS    VIOL: 21:952; 963

PROCEEDING: I/A ON SEALED COMPLAINT    RECOMMENDED BOND: TO BE DETERMINED PTD

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms. *Eric Snyder*
  # in DC (202) 616-2039
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

Gov't moved to unseal
Advised of charges
after unsealed by court.
Sworn for appt'nt of cnsl.
Not qualified - IRC/
PTD/arr set in Miami

(Circle One)
Interpreter Required ✓
No interpreter
~~Known~~ Spanish
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-23 | 10 | Duty | Miami |
| PTD/BOND HEARING: | 8-28 | 10 | Duty | Miami |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-28 | 10 | Duty | Miami |
| STATUS CONFERENCE: | | | | |

DATE: 8/21/00    TIME: 11:00    FTL/LSS TAPE # 00 - 045    Begin: 356    End: 745