

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-3233 O'SULLIVAN</u>

UNITED STATES ~~OF AMERICA,~~

vs.

IVAN de la VEGA

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

_____

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

__X__ The defendant requested further time to retain counsel and shall appear before the Court on _9-5-00_ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. 4 arraignment

**DONE AND ORDERED** at Miami, Florida this ___28___ day of _AUGUST_____, 2000.

TAPE NO. 00B- 56-1793

_____
UNITED STATES MAGISTRATE JUDGE
TED E. BANDSTRA

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA