UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-3233 O'Sullivan

UNITED STATES OF AMERICA,

vs.

Ivan de la Vega
_____



This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

For good cause shown by the defendant, and with no objections from the Government, Pretrial Detention Hearing on the above named defendant (s) is hereby reset to __9-5-00__, at 10:00 a.m. before the Duty Magistrate.

DONE AND ORDERED at Miami, Florida this __28__ day of __August__, __2000__.

TAPE NO:00B-56-1793

_____
UNITED STATES MAGISTRATE JUDGE
TED E. BANDSTRA

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor

