UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-3233 O'Sullivan

UNITED STATES OF AMERICA,

v.

Ivan De La Vega

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

FILED by ___ D.C.
MAG. SEC.
SEP 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

COMES NOW Joel Rudin files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed)  Joel Rudin

Counsel's Signature  Joel Rudin

Address  110 East 59th St., 23rd Floor
New York, NY          ZIP CODE: 10022

Telephone (212) 752-7600

UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-3233 O'SULLIVAN

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Ivan De La Vega

COMES NOW Gary Rosenberg

FILED by _____ D.C.
MAG. SEC.
AUG 25 2000
CLERK and BOX
S.D. OF FLA. MIAMI

files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name **(Printed)** Gary Rosenberg

Counsel's Signature _____

Address  255 Alhambra Circle #425

Miami, Fl                ZIP CODE: 33134

Telephone (305) 529-9330

12