UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

UNITED STATES OF AMERICA,

v.

IVAN DE LA VEGA

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

FILED by _____ D.C.
MAG. SEC.
SEP 05 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

_____

COMES NOW __LAWRENCE BESSER__ files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing documents necessary to collateralize any personal surety bond** which may be set.

Counsel's Name (Printed) __LAWRENCE BESSER__

Counsel's Signature __Lawrence Besser__

Address __1925 Brickell D-267 MIAMI__

ZIP CODE: __33129__

Telephone __(305) 856-0444__

13