kohrgcnsl.  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-3233-O'SULLIVAN

UNITED STATES OF AMERICA,
vs.
IVAN DE LA VEGA

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

FILED by ___ D.C.
MAG. SEC.
SEP 05 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

_____ Private counsel _____ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓ The defendant requested further time to retain counsel and shall appear before the Court on ___9-7-00___ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. + ARRAIGNMENT

**DONE AND ORDERED** at Miami, Florida this 5th day of September, 2000.

TAPE NO.00C- 61-540

c: AUSA
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER