UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-3233-0'Sullivan

UNITED STATES OF AMERICA

vs.

Ivan De La Vega

ORDER

FILED by _____ D.C.
MAG. SEC.

SEP 05 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

THIS CAUSE came before the Court this date, and pursuant to proceedings held before the Duty Magistrate Judge, it is hereby

ORDERED and ADJUDGED as follows:

Upon request of the parties, and good cause having been shown, the Pre-Trial Detention, Arraignment and Report Re Counsel hearing is hereby re-set to 9-7-00 at 10:00 A.M. o'clock before the Duty Magistrate Judge. Defendant is to receive all necessary medical attention.

DONE and ORDERED in Chambers, at Miami, Florida this 5 day of Sept, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Tape No. 00C-61-540

cc: AUSA Eric Snyder
    Defense counsel
    Pre-trial Services