UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. *00 - 3233-0'Sullivan*

UNITED STATES OF AMERICA

vs.

*Ivan de la Vega*

ORDER

FILED by _____ D.C.

SEP 07 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

_____

THIS CAUSE came before the Court this date, and pursuant to proceedings held before the Duty Magistrate Judge, it is hereby

ORDERED and ADJUDGED as follows:

Upon request of the parties, and good cause having been shown, the *Pre-trial Detention Hearing* hearing is hereby re-set to *9-14-00* at *10:00 A.M.* o'clock before the Duty Magistrate Judge.

DONE and ORDERED in Chambers, at Miami, Florida this *7th* day of *September*, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Tape No. 00C-*62 - 2530*

cc: AUSA *Eric Snyder, Washington, D.C.*
Defense counsel - *Gary Rosenberg, Esq.*
Pre-trial Services