```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. _____
                             00-3233-O'SULLIVAN
UNITED STATES OF AMERICA,

vs.                                    ORDER ON HEARING TO
IVAN DE LA VEGA                        REPORT RE COUNSEL
```

FILED by _____ D.C.
IMAG. SEC.

SEP 07 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__ Private counsel _Mary Rosenberg, Esq._ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The arraignment is reset to _____ at 10:00 a.m.

**DONE AND ORDERED** at Miami, Florida this __7TH__ day of __SEPTEMBER__, 2000.

TAPE NO. 00C 62-2530

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA _Eric Snyder - Washington, D.C._
   Clerk for Judge

