UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-3233-O'SULLIVAN

UNITED STATES OF AMERICA,

vs.

IVAN DE LA VEGA

_____

FILED by _____ D.C.
MAG. SEC.
SEP 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## WAIVER OF PRELIMINARY EXAMINATION

The defendant having been advised of his right to a preliminary hearing or examination as to probable cause, and the defendant having refused and waived a preliminary examination,

The defendant now signs this **Waiver of Preliminary Examination.**

DATED: SEPTEMBER 7, 2000         _____
                                 Defendant  IVAN DE LA VEGA

### MAGISTRATE JUDGE'S CERTIFICATE

The United States Magistrate Judge certifies that the defendant, after being advised of his right to a preliminary examination, stated he refused and waived such preliminary examination and signed the foregoing Waiver of Preliminary Examination.
**IT IS ORDERED** that a preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the United States District Court.

DATED: SEPTEMBER 7, 2000         _____
                                 UNITED STATES MAGISTRATE JUDGE
TAPE NO. 00C 62-2530             BARRY L. GARBER

                                 at MIAMI, FLORIDA

c: AUSA Eric Snyder - Washington D.C.
   Defense Counsel
   Pretrial Services
   U.S. Marshal

Gary Rosenberg, Esq.