UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-3233-O'SULLIVAN

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

IVAN DE LA VEGA

  Defendant,
_____

Stipulated ORDER



Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Defendant __ABOVE NAMED__ shall be detained pending trial in this case for the reasons stated on the record by the Court.

2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

**DONE AND ORDERED** in Miami, Florida this __14th__ day of SEPTEMBER, 2000.
TAPE NO.2000D-94-1040

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

