UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-3233-JJO

UNITED STATES OF AMERICA,

vs.

Ivan de la Vega

_____


FILED by _____ D.C.
MAG. SEC.
SEP 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Upon request of the parties, and good cause being shown, the Preliminary Arraignment 9/22/00 is hereby reset to _____ at 10:00 a.m. before the Duty Magistrate Judge.

**DONE AND ORDERED** at Miami, Florida this 14th day of Sept., 2000.

TAPE NO: 00D- 94-1040

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal