UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6274

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA,

v.

IVAN DE LA VEGA CABAS

_____/

## MOTION TO SEAL

Pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, the Chief of the Narcotic and Dangerous Drug Section, Criminal Division, United States Department of Justice, by its undersigned Trial Attorney, respectfully requests that this Honorable Court seal the Information, and court reporter's notes if any, relative to the captioned matter, until the arraignment of the defendant or further order of the Court.

Respectfully submitted,

JOHN ROTH, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
Washington, DC

By: _____
ERIC SNYDER
TRIAL ATTORNEY
Special Bar No. A5500508
1400 New York Ave., NW, Suite 11100
Washington, DC   20530
(202)616-2039
(202) 514-0483 (fax)