UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-274-CR-PYC

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA

v.

IVAN DE LA VEGA CABAS
_____/



FILED by _____ D.C.
MAG. SEC.

SEP 21 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal, The Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court will seal the Motion and documents set forth therein until the arrest of the defendant or further order of the Court.

DONE and ORDERED this 21st day of September, 2000.

_____
UNITED STATES MAGISTRATE JUDGE