UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. OO-6274-cr-Ryskamp

UNITED STATES OF AMERICA,

vs.                                                        ORDER

Ivan de La Vega

_____

FILED by _____ D.C.
MAG. SEC.

SEP 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

This cause came before the Court and pursuant to proceedings

held, it is thereupon

ORDERED AND ADJUDGED as follows: The U.S. Attorney

States in open court the information as

to the above named defendant is unsealed.

DONE AND ORDERED at Miami, Florida this _____ 22 _____ day of
2000.
TAPE NO:2000H- 40-1470

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal