UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6274-CR-RYSKAMP

UNITED STATES OF AMERICA,

vs.

IVAN DE LA VEGA
       Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 662913004

Language: Spanish

The above-named Defendant appeared before **Magistrate Judge ROBERT L. DUBE'** The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**  Address: IN JAIL

FILED by /s/ D.C.
MAG. SEC.
SEP 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Tel. No:

**Defense Counsel:**  Name : GARY I. ROSENBERG

Address: 255 Alhambra Circle Suite 425

Miami, Florida 33134

Tel. No: 305-529-9330

**Bond Set/Continued:**  $ PRETRIAL DETENTION

Dated this 22 day of SEPTEMBER, 2000.

CLARENCE MADDOX, CLERK

BY NANCY J. FLOOD
    Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 00H 40
DIGITAL START NO. 1490