AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

IVAN DE LA VEGA CABAS

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6274 CR KLR

FILED by W/ D.C.
MAG. SEC. TV
SEP 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

I, IVAN DE LA VEGA CABAS, the above named defendant, who is accused of conspiracy to import five(5) kilograms or more of cocaine, a Schedule II controlled substance, into the United States and two (2) counts of conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II controlled substance, that was loaded or attempted to be loaded on board a vessel subject to the jurisdiction of the United States.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

09/22/2000 prosecution by indictment and consent that the proceeding may be by information rather than by indicment.
Date

*Defendant*

*Counsel for Defendant*

Before _____
       Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

28/2