UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6274 CR Ryskamp/Vitunac

UNITED STATES OF AMERICA,

vs

IVAN DE LA VEGA

Defendant.

_____/



CLERK'S NOTICE CORRECTING CLERICAL ERROR

Pursuant to this District's policy of Random Case Assignment and due to a clerical error during the Clerk's assignment process, the above referenced case was INCORRECTLY assigned on the cover sheet and pleadings as Case Number 00-6274 CR Ryskamp/Vitunac.

The correct Case Number is 00-6274 CR Huck/Brown. Therefore, all papers submitted for filing shall bear the CORRECTED case number and judicial officer as follows:

00-6274 CR Huck/Brown.

Entered in West Palm Beach, Florida, this 27th day of September, 2000.

CLARENCE MADDOX, Clerk

By: _____
    Deputy Clerk

cc: District Judges
    Magistrate Judges
    U.S. Attorney Office
    Eric J. Snyder, DOJ
    Patrick M. Hunt, AFPD
    Gary Ira Rosenberg, Esquire
    Joel B. Rudin, Esquire