OCT 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6274-CR-HUCK

    Plaintiff,

vs.

NOTICE OF HEARING

IVAN DE LA VEGA CABAS,

    Defendant.
_____/

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a status conference hearing on Tuesday, November 28, 2000, at 8:30 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

    Dated: October 10, 2000

CLARENCE MADDOX, CLERK

BY: _____
Valerie Thompkins,
Deputy Clerk

cc:  Ryon McCabe, AUSA
     Gary Rosenberg, Esq.
     U.S. Probation Office
     U.S. Marshals