CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
NOV 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE

===============================================================

CASE NO. 00-6274-CR-PH   DATE 11-28-2000

CLERK   Valerie Thompkins   REPORTER Larry Herr

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. Ivan De La Vega Calias

AUSA Eric Snyder   DEFENSE CSL. Gary Rosenberg

Defendant(s) Present XX  Not Present ___ In Custody ___

TYPE OF HEARING  Status Conference

RESULT OF HEARING  Reset Status Conference for 2-8-2001 @ 8:30am

===============================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____   Trial Date _____

Govt. Resp to P/T/Motions _____   Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of
    trial, to wit: ___ ___ thru ___ to be excludable
    pursuant to the Speedy Trial Act.

