FILED by _____ D.C.
FEB 0 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       CASE NO. 00-6274-CR-HUCK

    Plaintiff,

vs.                              NOTICE OF HEARING

IVAN DE LA VEGA CABAS,

    Defendant.
_____/

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a special status conference on Thursday, March 08, 2001, at 8:15 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

    Dated: February 08, 2001

                          CLARENCE MADDOX CLERK,

                          BY: _____
                          Valerie Thompkins,
                          Deputy Clerk

cc: all counsel of record
    U.S. Marshals Service