UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,                    CASE NO. 00-6274-CR-HUCK

    Plaintiff,                                MAGISTRATE JUDGE O'SULLIVAN

v.

IVAN DE LA VEGA CABAS,

    Defendant.
_____/

## MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW, the Defendant, **IVAN DE LA VEGA CABAS**, by and through undersigned counsel and respectfully requests that this Court continues the status conference and as grounds states as follows:

1. This matter is currently set for status conference on March 8, 2001, at 8:15 a.m.

2. Counsel is scheduled to be in Broward County Court on motions at 8:30 a.m. before the Honorable Joyce Julian.

3. Counsel is also scheduled to begin a trial before the Honorable U.S. District Court Judge Paul Huck on March 29, 2001.

4. Counsel is not prepared to set a trial date in the above matter at this time and requests a continuance of the status conference for a period of forty five (45) days.

5. Counsel has contacted Steven Siegel of the United States Department of Justice and he has no objection to the continuance of the status conference.

CASE NO. 00-6274-CR-HUCK

WHEREFORE, counsel requests this Honorable Court to grant this continuance of status conference.

MANICK, ROSENBERG & CONTRERAS LLP

By: _____
Gary I. Rosenberg, Esq.
Florida Bar No.: 348996
Alhambra international Center
255 Alhambra circle, Suite 425
Miami, Florida 33134
Tel: (305)529-9330
Fax: (305)529-9339

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was hand delivered on this 7 day of March, 2001 to: Steven Seigel, U.S. Department of Justice.

By: _____
GARY I. ROSENBERG
Florida Bar No. 348996