UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by
MAR 07 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,    CASE NO. 00-6274-CR-HUCK

   Plaintiff,    MAGISTRATE JUDGE O'SULLIVAN

v.

IVAN DE LA VEGA CABAS,

   Defendant.
_____/

## ORDER

THIS CAUSE having come on to be heard upon the Defendant's Motion to Continue Status Conference and the Court considering arguments of counsel, it is hereby

**ORDERED and ADJUDGED** that the Defendant's Motion to Continue the Status conference is GRANTED. The Status is reset to 23 day of April, 2001. At 8:30 Am At James Lawrence King Building, 99 NE. 4th Street, Miami, Florida

**DONE and ORDERED** this _____ day of _____, 2001.

                      _____
                      DISTRICT COURT JUDGE

Copies furnished to:
Gary I. Rosenberg
Steve Siegel