UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,                CASE NO. 00-6274-CR-HUCK

    Plaintiff,                                           MAGISTRATE JUDGE O'SULLIVAN

v.

IVAN DE LA VEGA CABAS,

    Defendant.
_____/

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW, the Defendant, **IVAN DE LA VEGA CABAS**, by and through undersigned counsel and the U.S. Department of Justice respectfully request that this Court continue the status conference and as grounds state as follows:

1. This matter is currently set for status conference on April 23, 2001, at 8:15 a.m.

2. Counsel for Defendant is scheduled to be out of town in Atlanta, Georgia for an arraignment.

3. The trial attorneys for the Department of Justice are also unavailable on April 23, 2001.

4. Counsel for the Defendant is not prepared to set a trial date in the above matter at this time and requests a continuance of the status conference for a period of forty five (45) days.

5. Counsel has contacted Steven Siegel and Eric Snyder of the United States Department of Justice and they are requesting this continuance as well.



NON-COMPLIANCE OF S.D. fla. L.R. 51A1

**Manick, Rosenberg & Contreras LLP**
Alhambra International Center • 255 Alhambra Circle • Suite 425 • Miami, Florida 33134 • Tel: (305) 529-9330 • Fax: (305) 529-9339

CASE NO. 00-6274-CR-HUCK

WHEREFORE, counsel requests this Honorable Court to grant this continuance of status conference.

MANICK, ROSENBERG & CONTRERAS LLP

By: _____
Gary I. Rosenberg, Esq.
Florida Bar No.: 348996
Alhambra International Center
255 Alhambra circle, Suite 425
Miami, Florida 33134
Tel: (305) 529-9330
Fax: (305) 529-9339

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was hand delivered/faxed/mailed on this 18th day of April, 2001 to: Steven Seigel and Eric Snyder, U.S. Department of Justice.

By: _____
GARY I. ROSENBERG
Florida Bar No. 348996