UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVAN DE LA VEGA CABAS,

    Defendant.

_____/

CASE NO. 00-6274-CR-HUCK

MAGISTRATE JUDGE O'SULLIVAN

FILED by ____ D.C.

APR 1 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE having come on to be heard upon the Defendant's Motion to Continue Status Conference and the Court considering arguments of counsel, it is hereby

**ORDERED and ADJUDGED** that the Defendant's Motion to Continue the Status conference is GRANTED. The Status is reset to 28th day of June, 2001, @ 8:30 A.M.

**DONE and ORDERED** this 18 day of April, 2001.

_____
DISTRICT COURT JUDGE

Copies furnished to:
Gary I. Rosenberg
Steve Siegel