```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO.00-6274-CR-HUCK

            Plaintiff,

vs.                                 NOTICE OF HEARING

IVAN DE LA VEGA CABAS,

            Defendant.
                                    FILED by_____ D.C.
_____/      SEP 0 6 2001
                                    CLARENCE MADDOX
                                    CLERK U.S. DIST. CT.
                                    S. D. OF FLA.
```

PLEASE TAKE NOTICE that the above-entitled cause has been rescheduled for a status conference hearing on Monday, October 22, 2001, at 8:30 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: September 06, 2001

CLARENCE MADDOX, CLERK

By: Valerie Thompkins,
    Deputy Clerk

cc: Steve Siegel, AUSA
    Gary Rosenberg, Esq.

