UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6274-CR-HUCK
Magistrate Judge Stephen T. Brown

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

IVAN DE LA VEGA (J)66213-004



Defendant.
_____/

### SCHEDULING NOTICE

PLEASE TAKE NOTICE that the sentencing is this matter is reset for **January 15 2002 at 4:30 p.m.** before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida.

Please call (305) 523-5525 to confirm this sentencing date.

Date: December 4, 2001.

_____
Elvis Taveras
Courtroom Deputy to Judge Huck

cc:    Steven Siegel, AUSA
       Gary Rosenberg, Esq.
       Probation
       Pretrial