CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE

FILED by ET D.C
JAN 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

CASE NO. 00-6274-CR   DATE 1/9/02

CLERK Elvis Taveras   REPORTER Larry Herr off Record

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. Ivan De La Vega

AUSA Michael Braun   DEFENSE CSL. Gary Rosenberg

Defendant(s) Present____ Not Present ✓ In Custody_____

TYPE OF HEARING Telephone Conference

RESULT OF HEARING Conference held regarding sealed motion for a Continuance. Order will be issued.

NEW DATES SET BY COURT

Defense P/T/Motions _____   Trial Date _____

Govt. Resp to P/T/Motions _____   Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru _____ to be excludable
    pursuant to the Speedy Trial Act.

