UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Paul C. Huck

FILED by ___ D.C.
JAN 2 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

DATE 1/15/02 CASE# USA v. IVAN DeLa VEGA CASE # 00-6274-Huck

REPORTER Larry Herr                    CLERK  Elvis Taveras
AUSA Steven Seigel (005)  DEFT. COUNSEL Gary Rosenberg

( ) Deft. failed to appear - warrant to issue. Bond forfeited.
( ) Sentencing continued until _____ at _____ (
(✓) JUDGMENT AND SENTENCE
Imprisonment: 235 months C.A.G. as to counts 1, 2, 3 to run concurrently.
_____ ( )

Custody of Defendant:
( ) Remanded to the United States Marshal
( ) Voluntary Surrender to (designated institution or U. S. Marshal) on
_____ before 2:00 p.m.
( ) Defendant released on _____ bond pending appeal
( ) Commitment recommendation: _____

Supervised Release: 5 years as to Counts 1, 2, 3 to run concurrently; Deportation condition applies.

Assessment: 300.00
Other: (Fine, restitution, etc.) ∅

( ) Additional comments: Court recommends the defendant be housed in FDC Miami for the next 90 days and that he serve his time in a facility as close to south Florida as possible.