# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CASE NO.  00-6274-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

IVAN DE LA VEGA CABAS,

    Defendant.

_____/

FILED by ___ D.C.

FFR 1 9 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE having come on to be heard upon the Government's Motion that Defendant, Ivan De La Vega remain at the Federal Detention Center, Miami, Florida for a period of ninety (90) days, it is hereby.

**ORDERED** that the Government's Motion that Defendant, Ivan De La Vega remain at the Federal Detention Center, Miami, Florida is **GRANTED**.

The Court **ORDERS** that the Bureau of Prisons and the United States Marshal hold Ivan De La Vega at the Federal Detention Center, Miami, Florida for a period of ninety (90) days.

**DONE** and **ORDERED** this 19th day of February, 2002.

PAUL C. HUCK
DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF FLORIDA

copies furnished to:
Steven N. Siegel
Gary I Rosenberg

