UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
MAR 2 6 2004
CLERK, USDC / SDFL /

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 00-6274-CR-~~RYSKAMP~~ HUCK |
| ) | |
| v. ) | |
| ) | |
| IVAN DE LA VEGA CABAS, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter the appearance of the undersigned Department of Justice Trial Attorneys as counsel of record on behalf of the United States of America in the above-entitled criminal case.. Please remove the names of any other attorneys for the Government.

Please send any and all correspondence and orders to the undersigned at the following address: 1400 New York Avenue, NW, Suite 11100, Washington, DC 20530, rather than to the United States Attorney's Office.

_____
Sarah Weyler, Trial Attorney
United States Department of Justice
Criminal Division
Narcotic & Dangerous Drug Section
Washington, DC 20530
(202) 353-2586
(202) 514-0483 (Fax)
Florida Bar Number 894745

_____
Khadijah Muhammad-Starling, Trial Attorney
United States Department of Justice
Criminal Division
Narcotic & Dangerous Drug Section
Washington, DC 20530
(202) 307-2127
(202) 514-0483 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served on Gary Rosenberg, attorney for Ivan de la Vega, Alhambra International Center, 255 Alhambra Circle, Suite 425, Miami, FL 33134, by U.S. mail, postage pre-paid, this 25th day of March, 2004.

*Sarah Weyler*
Sarah Weyler, Trial Attorney