UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IVAN DE LA VEGA CABAS )<br>)<br>Defendant. ) | Case No. 00-6274-CR-HUCK |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter the appearance of the undersigned Department of Justice Trial Attorney as counsel of record on behalf of the United States of America in the above-entitled criminal case. Please remove the names of any other attorneys for the Government.

Please send any and all correspondence and orders to the undersigned at the following address: 1400 New York Avenue, NW, 8th Floor, Washington, DC 20530, rather than to the United States Attorney's Office.

   s/ Lawrence Schneider
Lawrence Schneider, Trial Attorney
United States Department of Justice
Criminal Division
Narcotic & Dangerous Drug Section
Washington, DC  20530
(202) 616-4940
(202) 305-9825 (Fax)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 19, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                      s/ Lawrence Schneider
                                                        Lawrence Schneider