UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6274-CR-HUCK

UNITED STATES OF AMERICA

vs.

IVAN DE LA VEGA CABAS,

     Defendant.
_____/

**MOTION FOR REDUCTION OF SENTENCE PURSUANT
TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)**

     Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for a reduction in the sentence of defendant Ivan De La Vega Cabas in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the government states the following:

     1.    On August 16, 2000, the defendant, a Colombian citizen, was arrested in Venezuela. He was later turned over to United States authorities.

     2.    After his arrest, the defendant began cooperating with law enforcement by providing information about the drug organization of which he was a part.

     3.    On October 5, 2000, the defendant pled guilty to a three count information charging the defendant with conspiracy to import five kilograms or more of cocaine into the United States, in violation of 21 U.S.C. § 963, and two separate counts of conspiracy to possess with intent to distribute five kilograms or more of cocaine on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. App. §§ 1903 (g) and (j).

4.      On January 15, 2002, the defendant was sentenced to 235 months of imprisonment.

5.      The defendant's cooperation with the United States has continued since his sentencing without interruption. The Government will indicate the nature and quality of the defendant's ongoing cooperation at a Rule 35(b) hearing. To secure the defendant's presence for the reduction of sentence hearing, a writ was sent to the U.S. Marshals on or about December, 2007. The defendant is now currently incarcerated at FDC Miami.

6.      For all of the foregoing reasons, the United States believes that the defendant has provided substantial assistance in the prosecution of others, and that his sentence should be reduced by forty percent (45%) to reflect that fact. A forty-five percent reduction would result in a revised sentence of 129 months of imprisonment.

7.      The undersigned Department of Justice Trial Attorney is based in Washington, DC and will travel to the Southern District of Florida for the hearing. The Government respectfully requests a hearing at the Court's convenience on any of the following dates: February 11th, February 12th, February 13th, February 25th or February 26th.

Respectfully submitted,

KENNETH A. BLANCO, Chief
Narcotic & Dangerous Drug Section
U.S. Department of Justice

By:   s/ Lawrence Schneider
Lawrence Schneider
Trial Attorney
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC  20530
Tel: (202) 616-4940
Fax: (202) 305-9825

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 30, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                      s/ Lawrence Schneider
                                                      Lawrence Schneider