UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:00-CR-6274-PCH

UNITED STATES OF AMERICA,
  Plaintiff

vs.

IVAN DE LA VEGA CABAS
  Defendant.

_____/

## NOTICE SETTING HEARING

PLEASE TAKE NOTICE that a hearing regarding the above named Defendant and the

Government's Motion for Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure

35(b) is set for **Tuesday, February 19, 2008 at 11:30 a.m.** before the Honorable Paul C. Huck,

United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.


DATED: February 12, 2008

                                        /s/Evelyn Williams _____
                                        Evelyn Williams
                                        Courtroom Deputy to the Honorable
                                        Paul C. Huck


cc: All Counsel of Record
U.S. Probation
U.S. Marshal