UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:00-CR-6274-PCH

UNITED STATES OF AMERICA,
    Plaintiff

vs.

IVAN DE LA VEGA CABAS
    Defendant.
_____/

## AMENDED NOTICE SETTING HEARING

PLEASE TAKE NOTICE that a hearing regarding the above named Defendant and the Government's Motion for Reduction of Sentence pursuant to Federal Rule of Criminal Procedure 35(b) is set for **Thursday, February 21, 2008 at 2:00 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED: February 12, 2008

                                                      /s/Evelyn Williams
                                                      Evelyn Williams
                                                      Courtroom Deputy to the Honorable
                                                      Paul C. Huck

cc: All Counsel of Record
U.S. Probation
U.S. Marshal