UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:00-CR-6274-PCH

UNITED STATES OF AMERICA,
    Plaintiff

vs.

IVAN DE LA VEGA CABAS
    Defendant.

_____/

## NOTICE RE-SETTING HEARING

PLEASE TAKE NOTICE that a hearing regarding the above named Defendant and the Government's Motion for Reduction of Sentence Pursuant to Rule 35(b) is reset for **Wednesday, February 27, 2008 at 10:30 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132. Plaintiff's counsel may appear by placing a call to Chambers, (305) 523-5520, at the above-mentioned time. **In addition, Plaintiff's counsel should contact Chambers to inform the Court of his intent to appear by telephone.**

DATED: February 26, 2008

                                          /s/Evelyn Williams
                                          Evelyn Williams
                                          Courtroom Deputy to the Honorable
                                          Paul C. Huck

cc: All Counsel of Record
U.S. Probation
U.S. Marshal