**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PAUL C. HUCK

Case No. **00 CR 6274**

Date & TIME: **2-27-08**

Clerk: Evelyn Williams    Court Reporter: Patricia Sanders

USPO: **N/A**    Interpreter: **Spanish**

UNITED STATES OF AMERICA vs. **Ivan de La Vega Cabas**

AUSA: **Lawrence Schneider**

Defendant(s) Counsel: **Gary Rosenberg**

Defendant(s) Present ✓    Not Present __    In Custody __

Reason for hearing: **Rule 35(b) Mtn by Govt**

Result of hearing: **Sentenced reduced to 126 months (10.5 years)**

CASE CONTINUED TO: _____ Time: _____ A.M.

**Spanish Interpreter**
**10:35 am - 10:42 a.m.**