UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-Cr-06274-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

IVAN DE LA VEGA CABAS,
    Defendant.
_____/

## ORDER GRANTING THE GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

This matter came before the Court by virtue of the Government's Motion for Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35(b) (D.E. #65) filed on January 30, 2008. After careful review of the motion and conducting a hearing on this motion, it is hereby,

ORDERED AND ADJUDGED that the Government's Motion is GRANTED. The defendant's sentence shall be amended as follows: The defendant is hereby committed to the custody of the United states Bureau of Prisons to be imprisoned for a term of 126 months as to each of counts one, two, and three. All counts shall run concurrently.

DONE AND ORDERED in chambers in Miami, Florida this 28 day of February, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record
    U.S. Probation
    U.S. Marshal
    Bureau of Prisons